JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 635 -- In re Air Crash Disaster on December 16, 1982 Near Montgomery, Ohio

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/30 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Deft. United States of America -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF OHIO; SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/02/08 |  | APPEARANCES: LRRY R. ROGERS, ESQ. for Jane P. Lynch, et al.; JOHN J. KENNELLY, ESQ. for American National Bank & Trust Co. of Chicago, et al.; G. GREGORY LEWIS, ESQ. for Cincinnati Insurance Co.; THOMAS B. ALMY, ESQ. for U.S.A., F.B.I., F.A.A. and Edward D. Hegarty; JOHN W. BEATTY, ESQ. for Lumanair, Inc.; Phillip M. Goldberg, Esq. for Cessna Aircraft Co. (cds) |
| 85/02/12 | 2 | RESPONSE -- plaintiff American National Bank and Trust Co. of Chicago, etc. -- w/cert. of service and attachment (cds) |
| 85/02/13 | 3 | RESPONSE -- Lumanair, Inc. -- w/cert. of service (cds) |
| 85/02/14 | 4 | RESPONSE -- Cessna Aircraft Co. -- w/Exhibit and cert. of service (cds) |
| 85/02/14 | 5 | RESPONSE -- Jane Lynch -- w/cert. of service (cds) |
| 85/02/15 |  | APPEARANCES: ALBERT T. BROWN, ESQ. for Midwestern Indemnity; RICHARD L. CREIGHTON, JR., ESQ.; MICHAEL F. GEHRIG, ESQ. for Richard A. Jolson, et al.(cds) |
| 85/02/21 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/02/25 | 6 | RESPONSE -- Olga & Kennard Sheppart, Helen & Eugene Schwarz, Gloria & Walter Albrecht, Gloria Albrecht & Melinda Barr, dba Country Classics and Gretchen & Richard Thommas -- w/Attachment and cert. of service (cds) |
| 85/03/06 | 7 | RESPONSE -- pltfs. Phyllis Neyer, et al. w/cert. of svc. (ds) |
| 85/03/07 | 8 | NOTICE OF RELATED ACTIONS -- Victor Johnson, etc. v. Cessna Aircraft Co., et al., N.D. Illinois, C.A. No. 85-C-01255 and Catherine Daly, etc. v. Edward D. Hegarty, N.D. Illinois, C.A. No. 85-C-01254 -- filed by U.S.A. and Edward D. Hegarty w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/03/29 | | HEARING APPEARANCES: THOMAS B. ALMY, ESQ. for United States of America, Edward D. Hegarty, Lumanair, Inc.; JOHN W. ADLER, ESQ. for Cessna Aircraft Co.; JOHN J. KENNELLY, ESQ. for American National Bank & Trust Co., etc.; LARRY R. ROGERS, ESQ. for Jane P. Lynch; C. DONALD HEILE, ESQ. for Phyllis Neyer, et al.; MICHAEL F. GEHRIG, ESQ. for Mrs. Lois K. Jolson, et al. (rh) |
| 85/03/29 | | WAIVER OF ORAL ARGUMENT: Cincinnati Insurance Co. (rh) |
| 85/04/23 | | CONSENT TO TRANSFEREE COURT -- for transfer of litigation to S.D. Ohio to the Hon. S. Arthur Speigel pursuant to 28 U.S.C. §1407 (rh) |
| 85/04/23 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 to the S.D. Ohio pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges and misc. recipients (rh) |
| 85/05/30 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-11 Catherine Daly, etc. v. Cessna Aircraft Co., etc., et al., N.D. Illinois, C.A. No. 85-C-1254 and B-12 Victor Johnson, etc., et al. v. Cessna Aircraft Co., etc., et al., N.D. Illinois, C.A. No. 85-C-1255 -- Notified involved counsel and judges. (ds) |
| 85/05/31 | | ORDER CORRECTING FILING DATE OF CONDITIONAL TRANSFER ORDER FILED ON MAY 29, 1985 -- Notified involved counsel and judges. (ds) |
| 85/06/17 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-11 Catherine Daly, etc. v. Cessna Aircraft Co., etc., et al., N.D. Illinois, C.A. No. 85-C-1254 and B-12 Victor Johnson, etc. et al. v. Cessna Aircraft Co., etc., et al., N.D. Illinois, C.A. No. 85-C-1255 -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 635 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER ON DECEMBER 16, 1982 NEAR MONTGOMERY, OHIO

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 28, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 23, 1985 | TO | unpublished | S.D. Ohio | Hon. S. Arthur Spiegel | |

John Cadarian
Docket Clerk
JL.S
FTS 684-2777

Paul J. Lahely
Courtroom Deputy Clerk
684-2779

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 635 -- In re Air Crash Disaster on December 16, 1982 Near Montgomery, Ohio

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mark Anderson, etc. v. Cessna Aircraft Company, et al. | N.D.Ill. McMillen | 84-C-9397 | 4-23-85 | 85-934 | 4/29/87 D | |
| A-2 | Jane P. Lynch, et al. v. Cessna Aircraft Company, et al. | N.D.Ill. McMillen | 84-C-9396 | 4-23-85 | 85-935 | 3/10/87 D | |
| A-3 | American National Bank and Trust Company of Chicago, etc. v. Cessna Aircraft Company, et al. | N.D.Ill. McMillen | 84-C-10133 | 4-23-85 | 85-936 | 2/8/88 D | |
| A-4 | Lois K. Jolson, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1912 | | | 1/2/86 D | |
| A-5 | Phyllis Neyer, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1157 | | | 9/18/86 D | |
| A-6 | Gloria Albrecht, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1771 | | | 1/2/86 D | |
| A-7 | Olga Sheppard, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1428 | | | 1/14/87 D | |
| A-8 | Helen B. Schwartz, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1429 | | | D | |
| A-9 | Cincinnati Insurance Co. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1860 | | | 4/10/86 D | |
| A-10 | Phyllis Neyer, et al. v. United States of America, et al. | S.D.Ohio Spiegel | C-1-84-1157 | | | 9/18/86 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Catherine Daly, etc. v. Cessna Aircraft Co., etc., et al. 5/30/85 | N.D.Ill. McMillen | 85-C-1254 | 7-17-85 | 85-1121 | 3/18/87 | D |
| B-12 | Victor Johnson, etc., et al. v. Cessna Aircraft Co., etc., et al. 5/30/85 | N.D.Ill. McMillen | 85-C-1255 | 6-17-85 | ~~84-990~~ 85-1122 | 3/18/87 | D |
| XYZ-13 | July 1985 - 5 TR / 7 XYZ / 12 Pending<br>Gretchen Thomas, et al. v. Lumnair Air, Inc., et al.<br>July 1986 - 1 XYZ / 13 Pag.<br>July 1987 - 11 Dis / 2 Pag.<br>July 1988 - 1 Dis / 1 Pag.<br>July 1989 - 1 Dis / Litigation Closed | S.D.Oh | C-1-84-1756 | | | 1/2/86 | D |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 635 -- In re Air Crash Disaster on December 16, 1982 Near Montgomery, Ohio

---

MARK ANDERSON, ETC. (A-1)
Keith L. Davidson, Esquire
Lewis G. Davidson & Associates
111 West Washington
Suite 1817
Chicago, Il 60602
(NO APPEARANCE RECEIVED)

JAN P. LYNCH, ET AL. (A-2)
Larry R. Rogers, Esquire
Hayes & Power
Three First-National Plaza
Chicago, Il 60602

AMERICAN NATIONAL BANK & TRUST CO. OF CHICAGO, ETC. (A-3)
John J. Kennelly, Esquire
111 W. Wahington Street
Chicago, Il 60602

LOIS K. JOLSON, ET AL. (A-4)
Michael F. Gehrig, Esquire
Gehrig, Parker and Baldwin
1140 Fourth & Walnut Building
36 East Fourth Street
Cincinnati, OH 45202

PHYLLIS NEYER, ET AL. (A-5)
Richard L. Creighton, Jr., Esquire
Keating, Muething & Klekamp
18th Floor, Provident Tower
One East Fourth Street
Cincinnati, OH 45202

GLORIA ALBRECHT, ET AL. (A-6)
OLGA SHEPPARD, ET AL. (A-7)
HELEN B. SCHWARTZ, ET AL. (A-8)
C. Donald Heile, Esquire
Brown, Lippert & Heile
Suite 607, Terrace Hilton Building
15 West Sixth Street
Cincinnati, OH 45202

CINCINNATI INSURANCE COMPANY (A-9)
G. Gregory Lewis, Esquire
Post OFfice Box 145496
Cincinnati, OH 45214

UNITED STATES OF AMERICA
EDWARD D. HEGARTY

Thomas B. Almy, Esquire
Trial Attorney - Torts Branch
U.S. Dept. of Justice
Post Office Box 14271
Washington, D.C. 20044

LUMANAIR, INC.
John W. Beatty, Esquire
Dinsmore & Shohl
2100 Fountain SquarePlaza
511 Walnut Street
Cincinnati, OH 45202

CESSNA AIRCRAFT COMPANY
Phillip M. Goldberg, Esquire
Conklin & Adler, Ltd.
100 West Grand Avenue
Chicago, IL 60610

MIDWESTERN INDEMNITY (Intervener pltf. in A-5)
Albert T. Brown, Jr., Esquire
360 Mercantile Library Building
414 Walnut Street
Cincinnati, OH 45202

CATHERINE DALY, ETC. (B-11)
Louis Garippo, Esquire
100 West Monroe Street
18th Floor
Chicago, IL 60603

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 635 --

| | |
|---|---|
| VICTOR JOHNSON, ETC., ET AL. (B-12<br>William K. Hendrick, Esquire<br>Hayes and Powers<br>3 First National Plaza<br>Chicago, Illinois 60602<br><br>Defts. in B-11 and B-12<br><br>HONEYWELL, INC.<br>J. Patrick Donovan, Esq.<br>McKenna, Stores, Rowe, White & Farrug<br>135 South LaSalle Street<br>Suite 4200<br>Chicago, Illinois 60603<br><br>AURORA AVIONICS, INC.<br>Hilary Scantlebury, Esquire<br>Scantlebury & Marcanti<br>20th North Wacker Drive<br>Suite 3710<br>Chicago, Illinois 60606<br><br>KING RADIO CORP.<br>John Scott Hoff, Esquire<br>Barry Garley, Esquire<br>Lapin, Hoff, Spangler & Greenberg<br>115 South LaSalle Street<br>Suite 2780<br>Chicago, Illinois 60603<br><br>ROCKWELL INTERNATIONAL CORP.<br>COLLINS RADIO CO.<br>Michael West, Esquire<br>Pope, Ballard, Sheppard & Fowle<br>69 West Washington Street<br>Chicago, Illinois 60602<br><br>JOLIET AVIONICS, INC.<br>D. J. Sartorio, Esquire<br>Haskell & Perrin<br>11 South Lasalle Street<br>Suite 1800<br>Chicago, Illinois 60603<br><br>FEDERAL AVIATION ADMINISTRATION<br>FEDERAL BUREAU OF INVESTIGATION<br>Robert Grueneberg, Esquire<br>U.S. Dept. of Justice<br>Assistant U.S. Attorney<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | Unable to Determine Counsel or Address<br>for defts. listed Below (also in<br>B-11 & B-12)<br><br>TERRY HEREFORD<br>ROBERT CONNERS |

JPML FORM 3

p. 1

# COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 635 -- In re Air Crash Disaster on December 16, 1982 Near Montgomery, Ohio

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cessna Aircraft Company | A-1, A-2, A-3, B-11, B-12 |
| Lumanair, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-9, A-10, B-11, B-12 |
| United States of America | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 |
| Aurora Avionics, Inc. | B-11, B-12 |
| King Radio Corp. | B-11, B-12 |
| Honeywell, Inc. | B-11, B-12 |
| Joliet Avionics, Inc. | B-11, B-12 |
| Collins Radio Co. | B-11, B-12 |
| Rockwell International Corp. | B-11, B-12 |
| Federal Aviation Administration | B-11, |
| Federal Bureau of Investigation | B-11, B-12 |

p. 2

| | |
|---|---|
| Edward D. Hegarty | B-11, B-12 |
| *[illegible signature]* | |
| *[illegible signature]* | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |